COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        In the Interest of J-M.A.Y., Child

Appellate case number:     01-15-00469-CV

Trial court case number:    2014-01481J

Trial court:                    314th Judicial District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The clerk's record was filed on June 1, 2015, and the reporter's record was filed on June 23, 2015, after the reporter was granted two extensions. *See* TEX. R. APP. P. 28.4(b)(2). Thus, the appellant's brief was due by July 13, 2015. *See id.* at 38.6(a)(2). On the day the brief was due, July 13, 2015, appellant's appointed counsel filed a notice of appearance and unopposed motion for an extension of time to file the appellant's brief, requesting a forty-five day extension until August 27, 2015.

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West Supp. 2014). The notice of appeal was filed in the trial court on May 19, 2015, by appointed counsel for the mother, J.J.K., setting the 180-day compliance deadline for November 16, 2015. Although appellant's counsel's motion is unopposed, the accelerated schedule in parental termination cases requires greater compliance with briefing deadlines.

Appellant's counsel contends that an extension is needed because he needs additional time to review the record, because there is a companion case, *In the Interest of T.J.C., II, Child*, that was recently docketed on July 7, 2015, as No. 01-15-00589-CV, and because he is preparing the appellant's brief in another parental termination case, due by July 21, 2015, absent request for a second extension. *See* TEX. R. APP. P. 10.5(b)(1)(C). While the companion case in No. 01-15-00589-CV has the same compliance date of November 16, 2015, as this case, the appellant's brief is not yet due in that case because

the reporter's record has yet to be filed and the clerk's record is due by July 23, 2015, in that case.

Accordingly, the appellant's motion for an extension of time to file appellant's brief is **GRANTED, in part, and DENIED, in part, until August 13, 2015, but no further extensions will be granted absent extraordinary circumstances**. If the appellant's brief is not filed by that date, this case may be abated for the trial court to hold a hearing and appellant's counsel, Donald M. Crane, may be required to show cause why he should not be held in contempt of court.

It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley

☒ Acting individually      ☐ Acting for the Court

Date: July 14, 2015

2